IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John W. Machin, | C/A No. 3:12-cv-2675-JFA |
| Plaintiff, | |
| v. | **ORDER** |
| Fetter & Son LLC; Terry Weiser; and Carus Corporation, | |
| Defendants. | |

Plaintiff in the above-referenced case named Fetter and Son, LLC, as a party Defendant. That Defendant answered the Complaint and Local Rule 26.01 Interrogatories stating that the proper entity is actually Fetter and Son Farms, LLC.

The parties have now consented to substituting Fetter and Son Farms, LLC, as the party Defendant, removing Fetter and Son, LLC, as a Defendant in the case, and amending the case caption to reflect this change. The caption will now be entitled "John W. Machin, Plaintiff vs. Fetter and Son Farms, LLC, Terry Weiser, and Carus Corporation, Defendants."

IT IS SO ORDERED.

September 24, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge