UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

JOHN WILLIAM MACHIN,

    Plaintiff,

vs.                 Case No. 3:12-cv-02675-JFA

FETTER & SON FARMS, LLC,
TERRY J. WEISER, THE ANDERSONS,
formerly known as "GOLDEN
EAGLE PRODUCTS", and
CARUS CORPORATION,

    Defendants.

DEPOSITION OF:   DAVID L. DORRITY, MHRD, CDS, CDT

DATE:           December 10, 2013

TIME:           11:00 AM

LOCATION:       Merovan Office Center
                  1200 Woodruff Road, A-3
                  Greenville, SC

TAKEN BY:       Counsel for the Defendant

REPORTED BY:    MARY ALEWINE POSEY,
                  Court Reporter

---

A. WILLIAM ROBERTS, JR., & ASSOCIATES

Fast, Accurate & Friendly

| | | |
|---|---|---|
| Charleston, SC | Hilton Head, SC | Myrtle Beach, SC |
| (843) 722-8414 | (843) 785-3263 | (843) 839-3376 |
| Columbia, SC | Greenville, SC | Charlotte, NC |
| (803) 731-5224 | (864) 234-7030 | (704) 573-3919 |

1  see that evidence but I don't know that -- all it
2  would do would be to answer the question, did Carus
3  pay the freight or did Golden Eagle pay the freight.
4      Q.   Okay.  All right.
5           Let's take a look at Opinion Number 2,
6  then.
7           When you say Carus and Golden Eagle did not
8  investigate the regulatory and safety qualifications
9  of Fetter & Son before choosing them as their
10 carrier, why is that important to you?
11     A.   Shippers have a duty to make sure they use
12 safe motor carriers, motor carriers that have a
13 positive safety record to protect the public, because
14 that's something they can choose right from the
15 get-go.  Also make sure that they have drivers that
16 are responsive to regulatory compliance at least, and
17 we'll talk a little bit about, in the future here --
18 about drivers being properly and adequately safety
19 trained.
20          THE WITNESS:  Mr. Barrow, would this be a
21 good point since we're starting a new topic here?
22          MR. BARROW:  Sure.  Do you want to take a
23 break?
24          THE WITNESS:  I want to answer that
25 question.  Could we do that just a minute?