IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| John William Machin, | ) | Case No.: 3:12-cv-02675-JFA |
| | ) | |
| Plaintiffs, | ) | DEFENDANT THE ANDERSONS' RESPONSE TO CARUS' MOTION TO EXCLUDE CERTAIN MATERIALS PRODUCED IN ALLEGED SUPPLEMENTATION OF EXPERT DISCLOSURES OF MICHAEL KLEIN, P.E. & DAVID DORRITY (Dkt. No. 135) |
| v. | ) | |
| Fetter & Son Farms, LLC, Terry J. Weiser, The Andersons, formerly known as "Golden Eagle Products," and Carus Corporation, | ) | |
| Defendants. | ) | |

Defendant The Andersons supports and joins in Defendant Carus Corporation's request for relief as delineated in its Motion to Exclude Certain Materials Produced in Alleged Supplementation of Expert Disclosures of Michael Klein, P.E. & David Dorrity (Dkt. No. 135).

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Ryan C. Holt
Mark S. Barrow, Federal I.D. No.: 1220
Ryan C. Holt, Federal I.D. No.: 10736
Sweeny, Wingate, & Barrow, P.A.
Post Office Box 12129
Columbia SC 29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT THE ANDERSONS F/K/A GOLDEN EAGLE PRODUCTS**

Columbia, South Carolina
September 5, 2014